**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

| |
|---|
| KEMPER AIP METALS, LLC; WAELZHOLZ BRASMETAL LAMINAÇÃO LTDA, |
| Plaintiffs, |
| v |
| UNITED STATES OF AMERICA, |
| Defendant. |

**S U M M O N S**
**Court No. 26-00762**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



<u>/s/ Gina Justice</u>
Clerk of the Court

1.    Plaintiffs are Kemper Metals AIP Metals, LLC, and Waelzholz Brasmetal Laminação LTDA. Kemper is a U.S. importer, and Waelzholz Brasmetal is a producer and exporter of brass-coated steel products from Brazil that were deemed to be corrosion-resistant steel and thus are an interested party as defined by 19 U.S.C. § 1677(9)(A). Kemper and Waelzholz Brasmetal were also participants in the underlying agency investigation that is now on appeal. Plaintiffs therefore have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

_____
(Name and standing of plaintiff)

2.    Plaintiffs contest certain findings and conclusions of law made by the U.S. Department of Commerce in *Corrosion-Resistant Steel Products from Brazil, Final Affirmative Determination of Sales at Less Than Fair Value*, 90 Fed. Reg. 42,219 (Dep't of Commerce Aug. 29, 2025), and accompanying Issues & Decision Memorandum, as part of the antidumping and countervailing duty orders published on December 19, 2025. *See Amended Final Antidumping Duty Determination: Corrosion- Resistant Steel Products from Australia, Brazil, Canada, Mexico, the Netherlands, South Africa, Taiwan, the*

*Republic of Turkey, the United Arab Emirates, and the Socialist Republic of Vietnam: Antidumping Duty Orders*, 90 Fed. Reg. 59,494 (Dep't of Commerce Dec. 19, 2025); *Certain Corrosion-Resistant Steel Products from Brazil, Canada, Mexico, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 59,488 (Dep't of Commerce Dec. 19, 2025) ("*Orders*").

_____
(Brief description of contested determination)

3.      The date of contested final determination is August 25, 2025, and the date of contested *Orders* is December 15, 2025.

_____
(Date of determination)

4.      The final determination was published on August 29, 2025, and the *Orders* were published on December 19, 2025.

_____
(If applicable, date of publication in Federal Register of notice of contested determination)

*/s/ John Anwesen*                                              John Anwesen
_____
Signature of Plaintiffs' Attorney
                                                                LIGHTHILL PC
*1/20/2026*                                                     300 New Jersey Ave. NW, Ste 300
_____                                Washington, DC 20001
                Date                                            (771)-212-7982
                                                                J.Anwesen@lighthill.law


**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. ' 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
14th Street and Constitution Ave., NW
Washington, DC 20230