FORM 11-1

UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 11

| | |
|---|---|
| KEMPER AIP METALS, LLC; WAELZHOLZ BRASMETAL LAMINAÇÃO LTDA,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Court No. 26-00762 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs, Kemper AIP Metals, LLC, and Waelzholz Brasmetal Laminação Ltda. in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is John Anwesen.

Date: January 20, 2026            /s/ John Anwesen
                                                Signature

LIGHTHILL PC
300 New Jersey Ave. NW, Ste 300
Washington DC, 20001
(771)- 212- 7982
J.Anwesen@lighthill.law

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
|  |  |  |