Form 17-1
**FORM 17**

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KEMPER AIP METALS, LLC; WAELZHOLZ BRASMETAL LAMINAÇÃO LTDA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Court No. 26-00762 |

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

John Anwesen certifies that

1. I am an attorney at the law firm of Lighthill PC and I have read and am familiar with the Rules of the United States Court of International Trade.

2. I represent, or am retained by or on behalf of a party to this action, Kemper AIP Metals, LLC, and Waelzholz Brasmetal Laminação Ltda..

3. I was granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:  Not applicable – see statement immediately above.

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Form 17-2

      Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am not involved in competitive decision making for the interested party I represent. Consultants (undernamed) are also independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

                                                      */s/ John Anwesen*
                                                     _____

                                                     John Anwesen
                                                   LIGHTHILL PC
                                                   300 New Jersey Ave. NW, Ste 300
                                                   Washington DC, 20001
                                                   (771)- 212- 7982

Date: January 20, 2026                         J.Anwesen@lighthill.law